UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICK PIRONE,<br><br>　　　　Plaintiff<br><br>v.<br><br>SENTRY CREDIT, INC.<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:13-CV-10677<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the Plaintiff, Patrick Pirone, and the Defendant, Sentry Credit, Inc., through their undersigned counsel, hereby stipulate to dismiss any and all claims by and between them with prejudice, with each party bearing its own attorney's fees and costs, and waiving all rights of appeal.

Dated: February 26, 2014

| | |
|---|---|
| PLAINTIFF,<br>PATRICK PIRONE, | DEFENDANT,<br>SENTRY CREDIT, INC., |
| By his attorneys, | By its attorneys, |
| /s/ Joseph W. Gruss<br>Joseph W. Gruss (BBO# 648109)<br>Di Giacomo & Gruss<br>2045 Centre Street<br>West Roxbury, MA 02132<br>(617) 323-3544<br>Email: subroatty@gmail.com<br><br>　- and - | /s/ Catherine A. Bednar<br>Jeffrey L. Alitz, Esq. (BBO# 553741)<br>Catherine A. Bednar, Esq. (BBO#667394)<br>LeClair Ryan<br>One International Place, 11th Floor<br>Boston, MA 02110<br>(617) 502-8200<br>Email: Jeffrey.Alitz@leclairryan.com<br>　　　　Catherine.Bednar@leclairryan.com |

Christian A. Gonsalves (BBO # 648326)
P.O. Box 110
East Boston MA 02128
(617) 970-1301
Email: gonsalveslaw@gmail.com

## CERTIFICATE OF SERVICE

     I, Catherine A. Bednar, hereby certify that on this 26th day of February, 2014, the foregoing document was served on counsel of record for each party by transmission of the Notice of Electronic Filing through the court's transmission facilities pursuant to Local Rule 5.4(c).

                                             /s/ Catherine A. Bednar
                                             Catherine A. Bednar